Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 10−18172−jps**

**In re:**

| | |
|---|---|
| Steven Wayne Clark<br>8680 Camelot<br>Chesterland, OH 44026 | Dawn Marie Clark<br>8680 Camelot<br>Chesterland, OH 44026 |

**Social Security No.:**

xxx−xx−0576                                                                 xxx−xx−9410

# NOTICE OF HEARING

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
September 24, 2015 at 9:30 a.m.
in courtroom #2B
before the Honorable Judge Jessica E. Price Smith

To consider and act upon the following matters:

[92] Debtor's Motion to Avoid Lien with Ocwen Loan Sevicing LLC.
[99] Response to Debtors' Motion to Avoid Second Mortgage Lien Filed by OCWEN Loan Servicing LLC.
Interested parties need to be present at the hearing.

**Dated:** September 11, 2015                                                         For the Court
Form ohnb187                                                                        Kenneth J. Hirz, Clerk